STATE OF NORTH CAROLINA v. JEANETTE BURNEY SMITH

No. 7213SC832

(Filed 20 December 1972)

APPEAL by defendant from *Hall, Judge,* 14 August 1972 Session of Superior Court held in BLADEN County.

Defendant was indicted for murder. The jury returned a verdict of guilty of voluntary manslaughter. Judgment imposing a prison sentence not less than four nor more than ten years was entered. Defendant was represented at trial and on appeal by court appointed counsel.

*Attorney General Robert Morgan by Thomas E. Kane, Assistant Attorney General for the State.*

*Moore & Melvin by Reuben L. Moore, Jr., for defendant appellant.*

VAUGHN, Judge.

Defendant's counsel states that, except for the admission of certain exhibits, he is unable to discover prejudicial error in the trial and urges that the court scrutinize the record to determine if error appears. The exhibits, which were introduced over defendant's objections, were relevant and their admission into evidence did not constitute prejudicial error. We have reviewed the record and find no prejudicial error.

No error.

Judges BRITT and PARKER concur.